# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 15-50180

_____

D.C. Docket No. 3:14-CV-385

United States Court of Appeals
Fifth Circuit

**FILED**

June 14, 2016

Lyle W. Cayce
Clerk

In the Mattter of: JOE JESSE MONGE; ROSANA ELENA MONGE,
　　　　　Debtors

--------------------------------------------------------------------------------------

JOE JESSE MONGE; ROSANA ELENA MONGE,

　　　　　Appellants

v.

ALICIA ROJAS; FRANCISCO JAVIER JAYME,

　　　　　Appellees

Appeal from the United States District Court for the
Western District of Texas, El Paso

Before SMITH, BARKSDALE, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.